**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose LAGOS–MARADIAGA,**
**Defendant–Appellant.**

**No. 14–41264**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 3, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

186

PER CURIAM: *

Jose Lagos–Maradiaga appeals the 30–month sentence imposed following his guilty plea conviction for illegally reentering the United States after a previous deportation. For the first time on appeal, he contends that the district court plainly erred by imposing the 12–level drug trafficking enhancement of U.S.S.G. § 2L1.2(b)(1)(B). We have rejected Lagos–Maradiaga's argument that a state drug conviction must involve financial remuneration to constitute a drug trafficking offense under § 2L1.2. *See United States v. Martinez–Lugo,* 782 F.3d 198, 201–05 (5th Cir.2015), *petition for cert. filed* (June 19, 2015) (No. 14–10355).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.